# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Vs. | * 05-CR-00031-001 (CCC) |
| RIVERA-MEDINA, ARNALDO | * |

## ORDER

By the Order of the Honorable Carmen C. Cerezo, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 1, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _9/2/05_

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____