PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 00-00031-001(SEC) |
| DOCKET NUMBER (Rec. Court) | 05-10256 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Hilma Ofelia Lebrón-Pérez<br>121 Melvin St.<br>Lawrence, MA 01841 | Puerto Rico | |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Salvador E. Casellas | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/08/05 — TO 07/07/08 |

**OFFENSE**

Title 18, U.S.C. § 1975 - Engaging in monetary transactions in property that is of a value greater than $10,000 derived from specified unlawful activity.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____JUDICIAL_____ DISTRICT OF _____PUERTO RICO_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Judicial District of Massachusetts_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 16, 2005
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 23, 2005
Effective Date

_William G. Young_
United States District Judge