# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

November 7, 2005

Ms. Sarah Alison Thornton  
United States District Court  
District of Massachusetts  
Office of the Clerk of Court  
John Joseph Moakley U.S. Courthouse  
Suite 2300  
One Courthouse Way  
Boston, MA 02210-3002

Re:  Criminal No. 00-31 (1)(SEC)  
     United States of America  
     v. Hilma Ofelia Lebron-Perez

Dear Ms. Thornton:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on December 28, 1999 we enclose the following documents:

1. Certified copy of Superseding Indictment filed on March 30, 2000 (docket #31).

2. Certified copy of Judgment filed on June 21, 2001 (docket #90).

3. Certified copy of Transfer of Jurisdiction Order filed on October 17, 2005 (docket #115).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN  
Clerk of Court

Becky Agostini  
Assistant Operations Manager

Enc.  
cc: E. Feliciano, Supervising USPO