# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN
CLERK

TEL (787) 772-3012
FAX (787) 766-5693

November 7, 2005

Ms. Sarah Alison Thornton
United States District Court
District of Massachusetts
Office of the Clerk of Court
John Joseph Moakley U.S. Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

Re: Criminal No. 00-31 (1)(SEC)
United States of America
v. Hilma Ofelia Lebron-Perez

Dear Ms. Thornton:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on December 28, 1999 we enclose the following documents:

1. Certified copy of Superseding Indictment filed on March 30, 2000 (docket #31).

2. Certified copy of Judgment filed on June 21, 2001 (docket #90).

3. Certified copy of Transfer of Jurisdiction Order filed on October 17, 2005 (docket #115).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

DOCUMENTS MENTIONED ABOVE RECEIVED

_____ 11-14-05
BY                        DATE

From: AGENCY/LAW FIRM
CLERK, U.S. DISTRICT COURT
THE DISTRICT OF P.R.

Enc.
cc: E. Feliciano, Supervising USPO

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Becky Agostini
Assistant Operations Manager